| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

TOMMIE RAY CHATTON,                §
                                                           §
            Plaintiff,                            §
                                                           §
*versus*                                           §    CIVIL ACTION NO. 1:23-CV-212
                                                           §
J. BACK, *et al*.                              §
                                                           §
            Defendants.                      §

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Tommie Ray Chatton, a prisoner confined at the Gib Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against J. Back, K. Smith, Adeola Bosede, William Ansah Agyemang, Brendan Henson, and Bryan Collier.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends granting the Motion to Dismiss filed by Defendants Back, Smith, and Collier.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes the objections are without merit.

## ORDER

Accordingly, Plaintiff's objections (#59) are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#57) is **ADOPTED**.  Defendants' Motion to Dismiss (#18) is **GRANTED**, and Defendants J. Back, K. Smith, and Bryan Collier are **DISMISSED** from this action.

SIGNED at Beaumont, Texas, this 10th day of September, 2024.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE