---

**UNITED STATES DISTRICT COURT**            **EASTERN DISTRICT OF TEXAS**

---

| | |
|---|---|
| TOMMIE RAY CHATTON, | § |
| | § |
| Plaintiff, | § |
| | § |
| *versus* | § CIVIL ACTION NO. 1:23-CV-212 |
| | § |
| ADEOLA BOSEDE, *et al*., | § |
| | § |
| Defendants. | § |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Tommie Ray Chatton ("Chatton"), an inmate previously confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis,* filed this civil rights action pursuant to 42 U.S.C. § 1983. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On March 2, 2026, the magistrate judge entered a Report and Recommendation in which she recommended granting Defendants' Motion for Summary Judgment (#121). To date, Plaintiff has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#121) is **ADOPTED**. A final judgment will be entered in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 26th day of March, 2026.

 

 

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE